J-S61019-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA, : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
        Appellee : 
:
        v. :
:
ROBERT WAYNE BROWN, :
:
        Appellant : No. 1296 MDA 2014

Appeal from the Judgement of Sentence Entered April 4, 2014,
in the Court of Common Pleas of Cumberland County,
Criminal Division at No(s): CP-21-CR-0000029-2011 and
CP-21-CR-0003516-2010

BEFORE:  PANELLA, WECHT, and STRASSBURGER,* JJ.

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED DECEMBER 08, 2015**

I join the Majority Memorandum, save for the manner in which it disposes the sufficiency-of-the-evidence claims.  Majority Memorandum at 13-14.  In my view, because Appellant's counsel has deemed this appeal frivolous and has sought to withdraw pursuant to *Anders*, we cannot simply find that Appellant waived sufficiency-of-the-evidence claims due to *Anders* counsel's failure to comply with Pa.R.A.P. 1925(b).  *See*, *e.g.*, *Commonwealth v. Hernandez*, 783 A.2d 784, 787 (Pa. Super. 2001) (concluding that *Anders* required the Court to examine the merits of Hernandez's issues despite his counsel's failure to file a court ordered 1925(b) statement).  Moreover, such a finding of waiver in an *Anders* case seems to run contrary to this Court's decision in *Commonwealth v.*

* Retired Senior Judge assigned to the Superior Court.

***Flowers***, 113 A.3d 1246 (Pa. Super. 2014), which held that, when counsel complies with ***Anders***, this Court must make an independent review of the record to make certain that appointed counsel did not overlook the existence of potentially non-frivolous issues.

In any event, for the reasons cited by the trial court in its opinion, Trial Court Opinion, 1/7/2015, at 12-13, I believe any challenge to the sufficiency of the evidence would be frivolous in this case.  Thus, I ultimately concur in the result reached by the Majority.